**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brent A Cole** | Social Security number or ITIN | **xxx–xx–5403** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kristina M Cole** | Social Security number or ITIN | **xxx–xx–7329** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Vermont** | Date case filed for chapter **7   4/30/20** | |
| Case number: | **20–10134** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Brent A Cole | | Kristina M Cole |
| 2. | **All other names used in the last 8 years** | | | aka Kristina Couture, fka Kristina Alderman |
| 3. | **Address** | 260 Overlake Drive Fairfax, VT 05454 | | 260 Overlake Drive Fairfax, VT 05454 |
| 4. | **Debtor's attorney** Name and address | Samantha M. Henchen Kenney & Henchen, PC 78 Severance Green Suite 108 Colchester, VT 05446 | | Contact phone 802–871–5638 Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Raymond J Obuchowski, Chapter 7 Trustee PO Box 60 Bethel, VT 05032–0060 | | Contact phone (802) 234–6244 Email _____ |

**For more information, see page 2 >**

Debtor  **Brent A Cole**  and  **Kristina M Cole**                              Case number **20–10134**

| 6. | **Bankruptcy clerk's office** | U. S. Bankruptcy Court – Burlington | Hours open: Monday – Friday 8:30 AM – 5:00 PM |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Contact phone (844) 644–7459<br><br>Date: 4/30/20 |
| 7. | **Meeting of creditors** | **June 9, 2020 at 10:40 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **TELEPHONIC/VIDEO MEETING DUE TO COVID–19**<br>**Check the docket for call in information or contact the Trustee listed in Section 5.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/8/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Vermont

In re:                                                          Case No. 20-10134-cab
Brent A Cole                                                    Chapter 7
Kristina M Cole
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0210-2         User: al              Page 1 of 1              Date Rcvd: Apr 30, 2020
                            Form ID: 309A          Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db/jdb        +Brent A Cole,   Kristina M Cole,   260 Overlake Drive,   Fairfax, VT 05454-5486
859175        +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
859178        +Fm/citizens/nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
859180         M+T Bank Mortgage,   P.O. Box 1288,   Buffalo, NY 14240-1288
859182        +Sflndcorp,   One Letterman Drive,   San Francisco, CA 94129-1494
859185        +Transitions PT,   74 VT Rte 15,   Jericho, VT 05465-3011
859186         Us Bank,   Cb Disputes,   Saint Louis, MO 63166


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: shenchen@vermontattys.com Apr 30 2020 21:12:04      Samantha M. Henchen,
               Kenney & Henchen, PC,   78 Severance Green,   Suite 108,   Colchester, VT  05446
tr             EDI: BRJOBUCHOWSKI.COM May 01 2020 01:18:00      Raymond J Obuchowski, Chapter 7 Trustee,
               PO Box 60,   Bethel, VT  05032-0060
859176        +EDI: CITICORP.COM May 01 2020 01:18:00      Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
859177        +EDI: CITICORP.COM May 01 2020 01:18:00      Citicards Cbna,   Po Box 6217,
               Sioux Falls, SD 57117-6217
859179         EDI: JPMORGANCHASE May 01 2020 01:18:00      JPMorgan Chase Bank, NA,   3415 Vision Drive,
               Columbus, OH 43219-6009
859181        +EDI: NAVIENTFKASMSERV.COM May 01 2020 01:18:00      Navient,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
859184        +EDI: RMSC.COM May 01 2020 01:18:00      Syncb/oldnavydc,   Po Box 965005,
               Orlando, FL 32896-5005
                                                                              TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
859183       ##+Solar Mosaic Inc,   426 17th Street,   Oakland, CA 94612-2849
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              Raymond J Obuchowski, Chapter 7 Trustee   ray@oeblaw.com,
               VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
              Samantha M. Henchen    on behalf of Debtor Brent A Cole shenchen@vermontattys.com,
               ddennison@vermontattys.com
              Samantha M. Henchen    on behalf of Joint Debtor Kristina M Cole shenchen@vermontattys.com,
               ddennison@vermontattys.com
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                              TOTAL: 4