# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
June 2, 2020

In re:

    Brent A Cole
    Last four digits of Social–Security No or other Individual
    Taxpayer–Identification No (ITIN): xxx–xx–5403

    Kristina M Cole (other names used by debtor: Kristina Couture, Kristina
    Alderman)
    Last four digits of Social–Security No or other Individual
    Taxpayer–Identification No (ITIN): xxx–xx–7329
                                      Debtor.

Case Number: 20–10134 cab
Chapter: 7

## NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in the above–captioned case, scheduled for 6/9/2020 at 10:40 am will take place at the same date and time but will be held telephonically.

NO PERSONAL APPEARANCES PERMITTED

### INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE:

1. All parties wishing to appear shall dial into the 341meeting using the following dialing instructions:
   Meeting Dial–in No: 877–775–7083
   Participant Code: 1739668 #

2. Parties should call in promptly at the time listed above.

3. Telephonic appearances shall be conducted in accordance with the UST's current applicable procedures for telephonic meetings.

4. **IDENTIFICATION** – No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof of social security number. Identification documents must be in accordance with current applicable procedures.

5. **ADMINISTRATION OF OATH** – Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths. This form must be returned to the trustee immediately following the 341 meeting.

6. If strict compliance with the procedures set forth in #5 above are not possible or practicable under the circumstances, the trustee can administer the oath telephonically **ONLY IF PRIOR TO THE 341 MEETING** debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in–person; and (b) the attorney examined the debtor's original identification documents and social security number.

7. In every case, the trustee must receive <u>one</u> of these declarations, fully completed and signed.

Dated: June 2, 2020

Raymond J Obuchowski, Chapter 7
Trustee
Standing Case Trustee
PO Box 60
Bethel, VT 05032–0060
(802) 234–6244

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form Trtelnm – rjo

United States Bankruptcy Court
District of Vermont

In re:                                                                Case No. 20-10134-cab
Brent A Cole                                                          Chapter 7
Kristina M Cole
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0210-2          User: al              Page 1 of 1              Date Rcvd: Jun 02, 2020
                             Form ID: TrTelnm        Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db/jdb         +Brent A Cole,   Kristina M Cole,   260 Overlake Drive,   Fairfax, VT 05454-5486
859175         +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
859176         +Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
859177         +Citicards Cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
859178         +Fm/citizens/nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
859180          M+T Bank Mortgage,   P.O. Box 1288,   Buffalo, NY 14240-1288
859182         +Sflndcorp,   One Letterman Drive,   San Francisco, CA 94129-1494
859185         +Transitions PT,   74 VT Rte 15,   Jericho, VT 05465-3011
859186          Us Bank,   Cb Disputes,   Saint Louis, MO 63166


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
859179          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 02 2020 20:43:45
                  JPMorgan Chase Bank, NA,   3415 Vision Drive,   Columbus, OH 43219-6009
859181         +E-mail/PDF: pa_dc_claims@navient.com Jun 02 2020 20:44:10     Navient,   Po Box 9500,
                  Wilkes Barre, PA 18773-9500
859184         +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 20:43:24     Syncb/oldnavydc,   Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                    TOTAL: 3


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
859183       ##+Solar Mosaic Inc,   426 17th Street,   Oakland, CA 94612-2849
                                                                            TOTALS: 0, * 0, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
          Raymond J Obuchowski, Chapter 7 Trustee   ray@oeblaw.com,
           VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
          Samantha M. Henchen   on behalf of Debtor Brent A Cole shenchen@vermontattys.com,
           ddennison@vermontattys.com
          Samantha M. Henchen   on behalf of Joint Debtor Kristina M Cole shenchen@vermontattys.com,
           ddennison@vermontattys.com
          U S Trustee   ustpregion02.vt.ecf@usdoj.gov
                                                                      TOTAL: 4