# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF VERMONT

In Re: Brent A. Cole      )
  Kristina M. Cole     )   Case No: #20-10134 cab
    Debtors     )   Chapter: 7

## MOTION TO DELAY DISCHARGE TO FILE REAFFIRMATION AGREEMENT

NOW COMES debtors, Brent A. Cole and Kristina M. Cole, through their attorney, Samantha M. Henchen, Esq., and hereby move to delay the issuance of the Order of Discharge to allow the filing of a reaffirmation agreement. In support whereof, the undersigned states as follows:

1. Debtors would like to reaffirm their first mortgage with M&T Bank.

2. Debtors' counsel sent a written request on May 20th for a proposed reaffirmation to be forwarded for review.

3. Debtors, through counsel, contacted M&T Bank to follow up on the same. It is understood that an agreement will be sent no later than July 21st.

WHEREFORE, Debtors request that an Order of Discharge not be issued until filing of the revised reaffirmation agreement, or by August 14th, whichever date is later.

DATED at Colchester, Vermont this 14th day of July, 2020.

         By: /s/ Samantha M. Henchen
         Samantha M. Henchen, Esq.
         Henchen Law Office, PLLC
         78 Severance Green, Suite 108
         Colchester, VT 05446
         802-871-5638