**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF VERMONT**

In Re: Brent A. Cole                    )
      Kristina M. Cole               )                    Case No: #20-10134 cab
      Debtors                        )                    Chapter: 7

**<u>ORDER GRANTING MOTION TO DELAY DISCHARGE TO FILE</u>**
**<u>REVISED REAFFIRMATION AGREEMENT</u>**

The Debtors have filed a Motion to Delay Discharge Order to File Reaffirmation

Agreement.  The Court has considered the averments set forth in the Motion.  The Court herein

**GRANTS** the motion.  The Court will issue a discharge promptly after filing of the reaffirmation

agreement with M&T Bank and determination that reaffirmation agreement is effective, or on

August 14, 2020, whichever is first.

**DATED:**

                                        _____
                                        Hon. Colleen A. Brown
                                        Bankruptcy Court Judge