**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
07/15/2020

In Re: Brent A. Cole                  )
     Kristina M. Cole             )          Case No: #20-10134 cab
     Debtors                         )          Chapter: 7


### ORDER GRANTING MOTION TO DELAY DISCHARGE TO FILE REVISED REAFFIRMATION AGREEMENT

The Debtors have filed a Motion to Delay Discharge Order to File Reaffirmation Agreement.  The Court has considered the averments set forth in the Motion.  The Court herein **GRANTS** the motion.  The Court will issue a discharge promptly after filing of the reaffirmation agreement with M&T Bank and determination that reaffirmation agreement is effective, or on August 14, 2020, whichever is first.

**DATED:** July 15, 2020
     Burlington, Vermont

                                         _____
                                         Hon. Colleen A. Brown
                                         Bankruptcy Court Judge

United States Bankruptcy Court
District of Vermont

In re:                                                          Case No. 20-10134-cab
Brent A Cole                                                    Chapter 7
Kristina M Cole
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0210-2          User: admin          Page 1 of 1              Date Rcvd: Jul 15, 2020
                             Form ID: pdf704       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb        +Brent A Cole,   Kristina M Cole,   260 Overlake Drive,   Fairfax, VT 05454-5486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          Raymond J Obuchowski, Chapter 7 Trustee    ray@oeblaw.com,
           VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
          Samantha M. Henchen    on behalf of Debtor Brent A Cole shenchen@vermontattys.com,
           ddennison@vermontattys.com
          Samantha M. Henchen    on behalf of Joint Debtor Kristina M Cole shenchen@vermontattys.com,
           ddennison@vermontattys.com
          U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                              TOTAL: 4