**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brent A Cole** | Social Security number or ITIN   **xxx–xx–5403** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kristina M Cole** | Social Security number or ITIN   **xxx–xx–7329** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ |

United States Bankruptcy Court   **District of Vermont**

Case number:   **20–10134**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brent A Cole

Kristina M Cole
aka Kristina Couture, fka Kristina Alderman

8/14/20

**By the court:**  Colleen A. Brown
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support
  obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

- ♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

- ♦ some debts which the debtors did not
  properly list;

- ♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

- ♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318              **Order of Discharge**                              page 2

United States Bankruptcy Court
District of Vermont

In re:                                                      Case No. 20-10134-cab
Brent A Cole                                                Chapter 7
Kristina M Cole
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0210-2          User: admin          Page 1 of 1          Date Rcvd: Aug 14, 2020
                             Form ID: 318          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db/jdb        +Brent A Cole,   Kristina M Cole,   260 Overlake Drive,   Fairfax, VT 05454-5486
859175        +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
859178        +Fm/citizens/nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
859180         M+T Bank Mortgage,   P.O. Box 1288,   Buffalo, NY 14240-1288
859182        +Sflndcorp,   One Letterman Drive,   San Francisco, CA 94129-1494
859185        +Transitions PT,   74 VT Rte 15,   Jericho, VT 05465-3011
859186         Us Bank,   Cb Disputes,   Saint Louis, MO 63166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
859176        +EDI: CITICORP.COM Aug 15 2020 01:18:00     Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
859177        +EDI: CITICORP.COM Aug 15 2020 01:18:00     Citicards Cbna,   Po Box 6217,
               Sioux Falls, SD 57117-6217
859179         EDI: JPMORGANCHASE Aug 15 2020 01:18:00     JPMorgan Chase Bank, NA,   3415 Vision Drive,
               Columbus, OH 43219-6009
859181        +EDI: NAVIENTFKASMSERV.COM Aug 15 2020 01:18:00     Navient,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
859184        +EDI: RMSC.COM Aug 15 2020 01:18:00     Syncb/oldnavydc,   Po Box 965005,
               Orlando, FL 32896-5005
                                                                                    TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
859183      ##+Solar Mosaic Inc,   426 17th Street,   Oakland, CA 94612-2849
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
          Raymond J Obuchowski, Chapter 7 Trustee   ray@oeblaw.com,
           VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
          Samantha M. Henchen    on behalf of Debtor Brent A Cole shenchen@vermontattys.com,
           ddennison@vermontattys.com
          Samantha M. Henchen    on behalf of Joint Debtor Kristina M Cole shenchen@vermontattys.com,
           ddennison@vermontattys.com
          U S Trustee   ustpregion02.vt.ecf@usdoj.gov
                                                                      TOTAL: 4