# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
September 1, 2020

In re:

Brent A Cole
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–5403

Kristina M Cole (other names used by debtor: Kristina Couture, Kristina Alderman)
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–7329
                                        Debtor.

Case Number: 20–10134 cab
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Raymond J Obuchowski, Chapter 7 Trustee is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: September 1, 2020

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149